HERMAN SCHIFFER et al., Respondents, *v.* EDWARD LAUTER-BACH et al., as Executors of ISAIAS MEYER, Deceased, Appellants.

Reported below, 38 App. Div. 636.
(Argued October 2, 1899; decided October 10, 1899.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 22, 1899, reversing a judgment in favor of defendants entered upon the report of a referee, and granting a new trial.

The motion was made upon the ground that the appeal was not taken within the time allowed by law.

*Louis Marshall* for motion.

*H. B. Closson* and *Jno. E. Parsons*, opposed.

Motion denied, without costs, upon the authority of the case of *Guarantee Trust Company* v. *Philadelphia, Reading & N. E. R. R. Co.* (160 N. Y. 1).